UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:23-cv-04930-FLA-AJR                         Date: December 4, 2023
                                                          Page 1 of 2

Title:    Traevon Crumby v. Mens Central Jail, Los Angeles County Jail

DOCKET ENTRY: **ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY OPPOSITION AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On June 21, 2023, *pro se* Plaintiff Traevon Crumby ("Plaintiff"), an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at North Kern State Prison, Delano ("NKSP"), filed a 42 U.S.C. § 1983 Complaint (the "Complaint") against the Mens Central Jail, Los Angeles County ("MCJ-LAC") in its official capacity.  (Dkt. 1.)  On October 19, 2023, the County of Los Angeles appeared as Defendant Men's Central Jail, Los Angeles County Jail ("Defendant") and filed a Motion to Dismiss the Complaint (the "Motion to Dismiss").  (Dkt. 14.)  Plaintiff's Opposition to the Motion to Dismiss was due by November 19, 2023.  (See Dkt. 15.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    2:23-cv-04930-FLA-AJR                                  Date: December 4, 2023
                                                                                       Page 2 of 2

Title:    Traevon Crumby v. Mens Central Jail, Los Angeles County Jail

    Fifteen days have passed since Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss. Plaintiff is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the Motion. **Plaintiff is further advised that failure to file an Opposition to the Motion to Dismiss may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** Plaintiff is ordered to file an Opposition, if any, within 14 days of the date of this Order (**December 18, 2023**).

    IT IS SO ORDERED.