UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     2:23-cv-04930-FLA-AJR                         Date:  December 8, 2023
                                                                                            Page 1 of 3

Title:     Traevon Crumby v. Mens Central Jail, Los Angeles County Jail

DOCKET ENTRY:  **ORDER TO SHOW CAUSE RE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On June 21, 2023, *pro se* Plaintiff Traevon Crumby ("Plaintiff"), an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at North Kern State Prison, Delano ("NKSP"), filed a 42 U.S.C. § 1983 Complaint (the "Complaint") against the Mens Central Jail, Los Angeles County ("MCJ-LAC") in its official capacity.  (Dkt. 1.)  On October 19, 2023, the County of Los Angeles appeared as Defendant Men's Central Jail, Los Angeles County Jail ("Defendant") and filed a Motion to Dismiss the Complaint (the "Motion to Dismiss").  (Dkt. 14.)  Plaintiff's Opposition to the Motion to Dismiss was due by November 19, 2023.  (See Dkt. 15.)  On December 4, 2023, having not received any Opposition, this Court issued an Order to Show Cause re Failure to Prosecute and ordered Plaintiff to file an Opposition, if any, by **December 18,**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.      2:23-cv-04930-FLA-AJR | Date:  December 8, 2023 |
| | Page 2 of 3 |

Title:        Traevon Crumby v. Mens Central Jail, Los Angeles County Jail

**2023**.  (Dkt. 17.)

On December 6, 2023, the Court received returned mail from Plaintiff's address at North Kern State Prison with the notation "inactive."  (Dkt. 18.)  A search of the CDCR Inmate Locator for Plaintiff's name and inmate number returned no results.  Nor does the docket reflect any attempt by Plaintiff to provide an updated address.

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

> A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.  If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

The Court cannot communicate with Plaintiff without an accurate address.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **December 23, 2023** why the Court should not recommend that this action be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.  Plaintiff may satisfy this Order by filing a response with a current address.

**If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     2:23-cv-04930-FLA-AJR                              Date:  December 8, 2023
                                                                                    Page 3 of 3

Title:          Traevon Crumby v. Mens Central Jail, Los Angeles County Jail

**action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

       IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).