JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAEVON CRUMBY, | Case No. 2:23-cv-04930-FLA (AJR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MEN'S CENTRAL JAIL, LOS ANGELES COUNTY JAIL, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 5, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge